Form nct13mtg

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In Re:   Erica Ashmore and Steven Ashmore
         Debtor

Case No.: 4:25−bk−11164

Chapter:  13

Judge:  Phyllis M. Jones

Trustee:  Mark T. McCarty

Chapter 13 Standing Trustee
P.O. Box 5006
N. Little Rock, AR 72119−5006
501−374−1572

## NOTICE OF  CONTINUED MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the 341(a) Meeting of Creditors is set to 6/23/25, 09:00 AM at the following location:

Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 420−639−1037, and Passcode 4259278730 OR Call, 1−501−409−6533

DEBTOR'S FAILURE TO APPEAR AT THE TIME AND PLACE SET MAY RESULT IN DISMISSAL OF THE CASE, WITHOUT FURTHER NOTICE OR HEARING BY THE COURT.

Dated: 5/13/25

                                        Linda McCormack, Clerk